JOHN L GANNON # 1975
Attorney at Law
2309 Mountain View Drive #174
Boise, Idaho 83706
208-433-0629
Attorney for Plaintiffs
johngannon200@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN CHEW, MARIANNE "MUFFY" DAVIS ) ) ) Plaintiffs ) ) ) ) ) v ) ) THE LEGISLATURE OF THE STATE OF ) IDAHO;SCOTT BEDKE in his capacity as ) ADMINISTRATOR OF THE ), HOUSE OF REPRESENTATIVES, ) ) Defendants ) ) | CASE NO. 1.21-cv-00014<br><br>MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

   COMES NOW the Plaintiffs who pursuant to Rule 65 of the Federal Rules of Civil Procedure move for a Temporary Restraining Order because  the facts as stated in Complaint and in the Affidavits on file herein show that the Plaintiffs will sustain irreparable injury and loss since they will have to appear in areas of the Legislature beginning January 11 where they will be possibly exposed to the covid-19 virus. If they do acquire the virus they are susceptible to very serious consequences far in excess of what other people experience because of their disability as discussed in the filings herein.

  Plaintiffs only ask in this litigation that they be allowed to participate and vote remotely and to have an office which is self contained so that they are as free from covid-19 exposure as

MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

possible. In addition Plaintiff Davis who is a paraplegic asks for these accommodations because of the turmoil and crowd control difficulties that have characterized public forums, including the Special Session August 24-26, 2020 and yesterday in Washington DC.  She has considerable difficulty navigating the Capitol as it is and crowd difficulties and the possibility of covid 19 exposure significantly aggravate the problem.  *They do not ask that other members or the public act any differently than they are acting now and they do not ask  to postpone the session, (although that would make some sense).*

   Plaintiffs counsel hereby certifies that a copy of the Complaint just relating to Sue Chew was delivered to the Defendant on December 30, 2020 and that the Defendant is aware of this issue. (See also Affidavit of Davis, Chew, and Rubel)

   It is Plaintiffs intention to promptly serve this final Complaint and other filings today if possible.

Dated this 7th day of January, 2021

By____/s/John Gannon_____
JOHN GANNON

MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION