JOHN L GANNON # 1975
Attorney at Law
2309 Mountain View Drive #174
Boise, Idaho 83706
208-433-0629
Attorney for Plaintiffs
johngannon200@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SUSAN CHEW, MARIANNA "MUFFY" DAVIS | ) ) | |
| | ) | CASE NO. |
| Plaintiff | ) | |
| | ) | AFFIDAVIT OF MARIANNA |
| v | ) | "MUFFY" DAVIS |
| | ) | |
| THE LEGISLATURE OF THE STATE OF IDAHO; SCOTT BEDKE in his capacity as ADMINISTRATOR OF THE HOUSE OF REPRESENTATIVES | ) ) ), ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

STATE OF IDAHO            )
                                          ss
County of                     )

MARIANNA "MUFFY" DAVIS who first being duly sworn deposes and says:

I am a paraplegic which resulted from a complete spinal cord injury (SCI) at the Thoracic

5/6 level in 1989 when I was 16 years old from a ski accident. I have had no functional return

below my injury level since my injury and require a manual wheelchair for my mobility. The

level of my injury limits my respiratory capacity, as I have no functional abdominal muscles to

AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                            1

assist with expiration of breath and therefore am more at risk for respiratory diseases and infection. In fact, the average SCI person's risk of dying of pneumonia is 37 times higher than the general population. Additionally, the leading causes of death for SCI people is respiratory disease or infection.

Coughing for me is a challenging feat. Since I don't have the abdominal muscles to help me expel mucus from my lungs, I must sit up and lean forward to compress my chest and abdominal cavity to get the force to cough. I am completely unable to cough lying down and therefore, when sleeping if I have to cough, I have to sit up and compress my abdominal cavity to have the pressure to force a cough. It is because of these reasons that I am at a much greater risk of developing a respiratory illness that could become life threatening or even fatal.

With Covid-19 being a worldwide respiratory pandemic, I am quite worried about my personal risk should I become infected. Even if I were only to get sick and not die, the potential for lifelong increased limitations to my respiratory capacity is great. And with already limited respiratory functioning, that is the last thing I want to go through especially if it is avoidable. Therefore throughout this whole pandemic, I have been very diligent to limit my risk, I have isolated, limited my public interactions, worn face masks in public, socially distanced and have not hugged any family or friends other than my immediate family with whom I live.  I do all this to limit my risk of contracting the Covid-19 virus and risking my health and life.

**REASONABLE ACCOMMODATION REQUESTS**

I made several requests to the administrator of the House, Speaker Scott Bedke.  Attached

AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                                2

hereto.  One request was on November 5, another on November 9 and another on December 1, 2020.   I never received a response.  Also, on December 31, 2020, I sent one last request which was not responded to.

In order for me to represent my constituents, who overwhelmingly elected me the past two elections, I need to be able to participate in all legislative functions. Even before Covid-19, I had difficulty fully participating and navigating the Idaho State Capitol, which is not very ADA compliant for guests but especially bad for legislators. The Speaker and House leadership have tried to be accommodating and I have not pressured for full ADA compliance yet. But in terms of getting around the office cubicles are tight and the hallways to my and other legislators offices are quite narrow. In my wheelchair I almost fully occupy the entire width of the hallway.



AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                                                3

Additionally, there are limited places I can have my seat on the House floor as it is not fully accessible, and I am not able to get to many of the floor desks. This adds a challenge to doing my work as a representative as much of the work is networking and talking with other legislators about proposed bills and legislation. Often legislators will drop by a fellow legislators desk and discuss thoughts or solicit support for an upcoming bill or vote. I am not able to do this and am forced to call other legislators when I need to talk with them or discuss upcoming legislation or request their support for a bill I am presenting. Additionally, I am only able to enter and exit the House Floor through the front Well and am limited in when I can come and go. While the Speaker has made an exception to the House rules for me to be able to come and go through the Well whenever I need to, it is embarrassing and not my preference to draw attention to myself through doing that. Therefore, I feel somewhat limited in my ability to come and go when the House is in session on the floor.

In addition, in order for me to move from floor to floor in the Capitol, I have to use the elevators, and many times, especially right before a floor session, the elevators are packed and sometimes I cannot make the first elevator as its too crowded and I have to wait for it to come back to get to the 3rd floor.  During the special session last August 24-26th, there were many times I was forced to be in the confined space of the elevator with many other legislators, most who were not wearing masks. There was a sign in the elevator requesting no more than 3 people at a time, but no one paid attention to that and there were often many over that number at a time in there. I do not feel it is safe, fair or reasonable to force me to, in order to accomplish my job,

AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                    4

ride in a confined elevator with many other people who are not practicing safe procedures, mask wearing, social distancing, etc…

Furthermore, because of the height of my wheelchair I am at a disadvantage because my head is lower than most standing people. When they talk, cough or sneeze their respiratory droplets travel down to where I am sitting, this makes me quite vulnerable in situations where people are not socially distancing or wearing masks[3]. During the special session I noticed that I was on the receiving end of many people's respiratory discharge and was very uncomfortable. While we are in a pandemic, it doesn't seem reasonable nor prudent to put myself, an already vulnerable person, in an even more vulnerable situation in order for me to accomplish my job.

### HEALTH AND SAFETY CONCERNS AT SPECIAL SESSION

Having been a member of the House Judiciary and Rules Committee, I had a front row experience to the chaos and mayhem that overtook our special session and the lack of decorum or safety that was afforded to us legislators by the rioting public from House leadership. On August 24th, our committee hearing room was flooded with people who were neither socially distancing nor respecting the Committee Chair when he asked for civility. Because of this, Chairman Chaney moved our hearing room to the Lincoln Auditorium to accommodate the public. The Lincoln Auditorium only has one accessible entrance and exit, which is through the seating area where the public sits. There is another entrance/exit at the back of the room, but it has several steps and therefore is inaccessible to those using a wheelchair. While the committee hearings on the 24th went rather smoothly once we moved to the Lincoln Auditorium, anything

AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                                     5

but that happened during the committee hearing on the 25th which was again in the Lincoln

Auditorium. On this particular day, Chairman Chaney requested that two unofficially

credentialed people who were sitting in the press area move, when they refused to move, he

requested the State Troopers come in and forcibly remove them. At this moment the public broke

into a chaotic riot screaming at Chairman Chaney, yelling at the Troopers, it was total mayhem.


This is a 9 second movie I took from my seat:



IMG_2604.MOV

This is a picture of the chaos:



AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                                      6

Initially I wasn't too worried but as the people became more and more vocal, rebellious and disruptive, I started to really worry as to how I would safely exit this situation. I knew that many, if not most, of the people who were yelling and angered with the situation were carrying guns and I knew the only way I could exit was straight through the middle of the rioting. Other legislators had exited via the back exit that contained stairs, but I was stuck, forced to go right through the middle of the riot to exit. I asked two State Troopers to help me to get out, one went in front and broke through the people and the other pushed me up the incline through the crowd. I just hoped and prayed that while we were leaving no one fired a gun. This is all not to mention that most of the people in attendance were not wearing masks and were definitely not socially distanced. In addition to the risk of rolling through a rioting crowd, I was also forced to be made vulnerable to possible Covid-19 exposure and infection, just through trying to do my job. Never when I ran for office, nor when I was elected did I think in order to do my job, I would be putting my life at risk through riotous mayhem and potential life threatening infection. That is not what I signed up for by running for civil service office.

It is for all the above-mentioned reasons and situations that I am requesting reasonable accommodation under the ADA. The requests I am asking for:  that I be able to participate, debate and vote remotely, that I have an office that is safe, enclosed and has outside ventilation (an openable window) and that Speaker Bedke make sure to provide sufficient safety and security so that I don't have to put my life in jeopardy in order to do my job, I feel are all

AFFIDAVIT OF MARIANNA "MUFFY" DAVIS                                                          7

reasonable accommodations that won't cause undue expense or hardship for the House. These requests will enable me to make sure I continue my Covid-19 safety precautions while at the same time allow me to do my job for my constituents.

The legislature received almost $1.5 Million in federal CARES funds to update and improve our video systems and technology to allow for easier remote participation and attendance for the public during this pandemic. There is no reason those updates and additions should not also apply to vulnerable or disabled legislators who desire to do their jobs but keep themselves safe from Covid-19.

Dated this 4th day of January, 2021

By _____

SUBSCRIBED AND SWORN to before me this 4th day of January, 2021

ESTEFANI MURILLO
COMMISSION NUMBER 20192076
NOTARY PUBLIC
State of Idaho
My Commission Expires 10/07/2025

By _____
NOTARY PUBLIC FOR IDAHO
Residing at Blaine County
My Comm Exp 10/07/2025

AFFIDAVIT OF MARIANNA "MUFFY" DAVIS

8

# Letter Details

 **St Luke's™**

**St. Luke's Clinic - Physical Med and Rehab - Twin Falls**
1840 CANYON CREST DR
TWIN FALLS ID 83301-3007
Phone:
Fax:

January 5, 2021

Re: Marianna Elise Davis
DOB:

To Whom it May Concern:

I am the treating physician for Marianna E. Davis. As you may know, Congress woman Davis suffered a complete T5/T6 level spinal cord injury in 1989. Her injury left her paralyzed with no neurologic function below this level of her injury. It is my understanding she has made an accommodations request to be able to participate in legislative functions remotely. I am writing in support of that request as I believe this request is reasonable and in the spirit of the ADA.

As you consider this accommodation request, please understand that as a result of Congress Woman Davis's spinal cord injury, she has impaired respiratory function and a severely diminished ability to cough. Were she to contract COVID-19, this would likely be a life-threatening proposition for her. Additionally, it is worth noting that because she relies upon a wheelchair for all of her basic mobility, she will always be below people with whom she is working and conversing and therefore will be at even higher risk for being on the receiving end of droplet transmission. As such, I would implore you to make every accommodation possible to allow her to conduct her legislative business from home via telephone or computer.

Sincerely,

Jonathan D. Myers, MD

190 E. Bannock St.                                    www.stlukesonline.org
Boise, ID 83712                                       Patient Name: Marianna Elise Davis

VZW Wi-Fi   5:38 PM   13%

**New iMessage**                Cancel

To: Scott Bedke

iMessage
Thu, Nov 5, 6:51 AM

Can you take a call?
Bedke

Sure

Tue, Dec 1, 10:01 AM

Happy birthday.
I hope you have a very
enjoyable day.

Thank you, any update on what
safety precautions we might be
taking this session- very
worried as I am high risk w my
limited lung capacity and I have
a young daughter with asthma.

  iMessage 

      

Muffy Davis

Idaho State Representative, District 26

Blaine, Camas, Gooding, Lincoln Counties


**From:** Representative Muffy Davis
**Sent:** Monday, November 9, 2020 5:42 PM
**To:** MaryLou Molitor
**Subject:** RE: parking


Thank you so much for your prompt response and your help.  Yes, def need to stay warm, we have the fire going here... winter came on fast!!!


Best and many thanks,


Muffy


Muffy Davis

Idaho State Representative, District 26

Blaine, Camas, Gooding, Lincoln Counties

**From:** MaryLou Molitor
**Sent:** Monday, November 9, 2020 4:55 PM
**To:** Representative Muffy Davis <MDavis@house.idaho.gov>
**Subject:** RE: parking

Hi, Rep. Davis,

I did see your email to the Speaker last week ... and was wondering earlier today if he had responded yet.  I'll try to catch up with him later this evening or tomorrow (or whenever!) and talk to him about it.  I think he is working on a memo that outlines all the additional safety precautions for this session but I don't know the status of that yet.

Anyway, I'll see what I can find out.  In the meantime, stay well and stay warm!  (I mention that only because it's freezing around here and we have snow on the ground.  And last week it was 70 degrees.  Go figure ...)

MaryLou

*MaryLou Molitor*

**Chief of Staff to Speaker Bedke**

**Idaho House of Representatives**

**PO Box 83720**

**Boise, ID  83720-0038**

**From:** Representative Muffy Davis <MDavis@house.idaho.gov>
**Sent:** Monday, November 9, 2020 4:21 PM
**To:** MaryLou Molitor
**Cc:** Representative Sally Toone
**Subject:** Re: parking

MaryLou,

r

That works great for me, many thanks!

I sent an email last week to Speaker Bedke regarding the options for next session and potential remote attendance, esp for those who might be high risk as I am. I am hoping you could pls remind him of the email and hopefully he has some information he can share as we have to commit to apartment rentals, etc...

Many thanks and hope you are well,


Muffy

Muffy Davis

Idaho State Representative, District 26




On Nov 9, 2020, at 12:41 PM, MaryLou Molitor <hspksec@house.idaho.gov> wrote:


Hi, Rep. Toone,


I did get your phone message this morning ... sorry I missed the call.  In any case, I've assigned you space        which is tail-to-tail with Rep. Davis's former parking space,        Rep. Davis, if that parking space has worked out well for you, I can assign it to you again for the next two years.


Therefore, unless I hear otherwise from either of you, I have it as follows:  Davis assigned to        and Toone assigned to


Thanks ... stay well!


*MaryLou Molitor*

**Chief of Staff to Speaker Bedke**

**Idaho House of Representatives**

**PO Box 83720**

**Boise, ID  83720-0038**

Muffy Davis

Idaho State Representative, District 26

Blaine, Camas, Gooding, Lincoln Counties

**From:** Representative Muffy Davis
**Sent:** Thursday, November 5, 2020 5:25 AM
**To:** Representative Scott Bedke
**Cc:** 'EMilstead
**Subject:** Plans for session and potential remote participation/attendance?

Greetings Speaker Bedke,

I hope you are well and excited that the elections are behind us and our upcoming session near.

I wanted to reach out and ask if there are or will possibly be plans for our members to attend the legislative session remotely while we are still dealing with Covid-19 and still do not have a vaccine?

I am asking as a person with a disability and limited lung function who is high risk and also has a young daughter with asthma who is also high-risk and is concerned about my and my family's health and safety. Additionally, in preparation for session, I do need to confirm if I will be reserving my apartment for the session.

I know that CFAC approved a large investment of money to upgrade our technology infrastructure at the Capitol for potential remote participation of the public and potentially our members.  So I am just wondering if there are plans for us

to examine our House rules and possibly make changes to allow for remote participation and voting for committee meetings as well as floor sessions?

I would greatly appreciate hearing from you on the plans to protect health and safety of our legislature as well as the public during the next session.

Many thanks,

Muffy

Muffy Davis

Idaho State Representative, District 26

Blaine, Camas, Gooding, Lincoln Counties

# MARIANNA "MUFFY" DAVIS

### Ketchum, Idaho 83340

Scott Bedke
Speaker of the House
Via Email:

Dear Mr. Speaker:

I have reached out to you three times, two via email and once via text as well as waiting in your office to discuss and request accommodations that the House will be making to protect legislators at higher risk of Covid-19 during this next legislative session.

Having received no response from any of my correspondence, I am therefore formally requesting reasonable accommodations under the ADA.

As you are aware, Title II of the Americans with Disabilities Act (ADA) prohibit discrimination against people with disabilities in State and local government services, programs and activities. Any state or local government agency is covered by the ADA because it is a program offered by a State or local government regardless of whether it receives federal grants or other federal funds. Under Title II of the ADA, a public entity must reasonably modify its policies, practices, or procedures to avoid discrimination, unless the entity can demonstrate that the modification would fundamentally alter the nature of the service, program or activity.

The ADA covers a wide range of individuals with disabilities. Under this law, an individual is considered to have a "disability" if he or she has a physical or mental impairment that substantially limits one or more major life activities, has a record of such impairment, or is regarded as having such an impairment. I am certain I qualify under this definition.

Pursuant to Title II of the ADA, 28 CFR 35.130(b)(7) which requires public entities to make reasonable modifications in their policies, practices or procedures, I, as a person with a disability and I need to request a modification of your policy of not allowing remote virtual voting and participation in all proceedings on the House Floor and in Committees and in the assignment of office space.

The modification I request is:

1. Appearing, participating (debating) and voting by a virtual remote method. just as other legislatures are allowing members to do.

2. I request that I be provided with an enclosed office such as one of the legislative offices on the First Floor near an exit/entrance.

3.  I further request  that you provide sufficient safety and security so that people cannot interfere with my safety as happened during the special session last August.

I need this modification because I have a T5/6 complete spinal cord injury that limits my lung capacity which puts me at higher risk for respiratory diseases and infection such as Covid-19.  I do not have full diaphragm capacity.

This situation has been brought to your attention before in November, and through my leadership from time to time.  Because of time frames and the upcoming legislative session, I need a response from you on this request by Monday, January 4th.

Thank you for your consideration.

Sincerely,

Muffy Davis