JOHN L GANNON # 1975
Attorney at Law
2309 Mountain View Drive #174
Boise, Idaho 83706
208-433-0629
Attorney for Plaintiff
johngannon200@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN CHEW; MARIANNE "MUFFY" DAVIS )<br>)<br>) <br>Plaintiffs )<br>)<br>v )<br>)<br>THE LEGISLATURE OF THE STATE OF )<br>IDAHO; SCOTT BEDKE in his capacity as )<br>ADMINISTRATOR OF THE )<br>HOUSE OF REPRESENTATIVES )<br>)<br>Defendants )<br>_____ ) | CASE NO.<br><br>AFFIDAVIT OF JOHN MCCROSTIE |

STATE OF IDAHO )

County of Ada )

JOHN MCCROSTIE being first duly sworn deposes and says:

My name is John McCrostie. I have served in the Idaho House of Representatives since December 2014 representing District 16, which covers Garden City and parts of west and northwest Boise.

The Idaho Legislature held a Special Legislative Session from August 24-26, 2020. This was during the time of the Covid-19 global pandemic with Idahoans and all Americans being asked to socially distance themselves, wear masks, and wash or sanitize their hands, among a litany of health precautions, in order to prevent the spread of Covid-19. In preparation for the

AFFIDAVIT OF JOHN MCCROSTIE                                                                                          1

Special Session, the Legislative Services Office (LSO) staff performed a great deal of work to provide the Legislature a safe place to work and the public a safe place to be present and offer testimony. Before the Session even started, members of the public at-large soon made this safe place unsafe.

I arrived at the Capitol early on August 24 to allow plenty of time to be prepared for what I expected of the Session. As I approached my 4th floor office, I walked past the House Gallery, which designated seats marked off which were to remain unoccupied in compliance with social distancing, leaving only about 26 to 28 seats available to the public. A section of seating was also roped off where Minority Party Representatives were allowed to sit and observe action on the House Floor during debate and then return to the House Floor upon time to vote. However, the gallery would soon become disruptive and chaotic.

Sometime between 9 AM and 9:30 AM, I could hear chanting outside the gallery chamber. An organized group initially asked and then demanded that the security guards let them in to the gallery. The guards initially allowed people to come in to fill those open seats that still provided for social distancing, but after capacity was met, the crowd wanted to sit in the blockedoff seats. They continued chanting, and at 9:37 AM, I posted a quick 24-second Facebook Live video to my political page . Tensions continued to mount, ISP tried to act as a barricade, but eventually the glass to one of the gallery doors was shattered, allowing the crowd to enter into the gallery. They eventually removed all of the social distancing signs, took the rope down, and filled the gallery to a standing-room only capacity with no social distancing and at least one individual reported to have been carrying an assault-style rifle. Those who were left without seats were eventually asked to leave since standing is not permitted in the House gallery. This was not the only disruption to occur during the Special Session.

AFFIDAVIT OF JOHN MCCROSTIE 2



Photograph of gallery door with glass pane broken

Later that morning, the House Judiciary and Rules Committee was supposed to meet at 11 AM. The hearing room, EW42, was set up to allow for social distancing among committee members, and for the audience, seating was provided to allow for a six-foot distance between chairs. Similar to the House Gallery fiasco, though fortunately without any destruction of property, the audience refused to abide by social distancing protocols and simply entered the room with most of the audience standing or sitting on the floor . Committee members, including Representative Christy Zito and Chairman Greg Chaney, asked the unruly crowd to be orderly. They would not comply, and eventually the hearing was moved to the Lincoln Auditorium.

AFFIDAVIT OF JOHN MCCROSTIE 3



Photograph of Hearing Room EW45 with standing room only

When the hearing officially began at 11:47 AM, the crowd moved with us. Since the Lincoln Auditorium was much larger than EW42, the crowd was seated, but yet again, social distancing requests were dishonored, and the room was again standing room only. However, there were few people who remained standing since there was almost ample seating once social distancing requirements remained unfulfilled. Due the unruly nature of the crowd and her concern for safety, Representative Melissa Wintrow excused herself from the hearing and observed the action remotely from her computer.

AFFIDAVIT OF JOHN MCCROSTIE 4



Photograph of the Lincoln Auditorium with no social distancing and large crowd without masks

On August 25th, the second day of the Special Session, the animosity in the House Judiciary and Rules hearing rose to a fever pitch. Prior to the start of the hearing, members of the audience holding what they stated were press passes that would allow them to sit in the designated media area were told that they did not hold actual press passes. These two individuals sat in the front row on the same side of the room where I was sitting. As soon as Chairman Chaney gaveled the meeting to order at 2:28 PM, those two individuals immediately moved to the designated media area. The Chairman reminded them that they were told that they could not site there. Commotion began with the two demanding that they sit there. The crowd began to protest the Chairman's actions, and the committee was put at ease at 2:30 PM. I took two videos to document the event. One I recorded straight to my phone, and I posted that the next day to my political Facebook page. However, when I realized that the community at large should see what was taking place, I stopped the first video and then started a Facebook Live video that was live for 4 minutes 45 seconds capturing the crowd's anger, displaying the emerging presence of the

AFFIDAVIT OF JOHN MCCROSTIE                                                                                              5

Idaho State Police (ISP) from the back of the room to the front of the room, and my personal commentary as well as responding to questions from viewers of the live video.

As the crowd was seeming to want a confrontation with ISP, and with Representative Muffy Davis seated to my right, I stopped recording and tried to formulate a plan to exit the room. The back-left corner of the auditorium has an exit that would bypass the front entrances and allow us to exit safely and away from the crowd. However, Representative Davis has mobility with her wheelchair, and the back exit requires going up stairs and is not wheelchair accessible. I thought that if necessary, I could carry her up the stairs if someone else could get her wheelchair. But not knowing what Representative Davis wanted, I asked her what she wanted to do. She got hold of an LSO staff member who obtained a couple of ISP escorts to take her out of the auditorium. I left with her to ensure that she would be safe. The remainder of what took place in the auditorium is documented through traditional media outlets. Before the hearing restarted at EW42, the committee members were assured that ISP had secured the building. The hearing eventually reconvened at 4:06 PM, and the rest of our business was conducted for that day.

The crowd's unruliness and their unwillingness to follow any Covid-19 safety protocols made for an incredibly unsafe Special Session. I regularly felt unsafe from the mob mentality, and I was constantly worried about whether I would contract Covid-19 from my majority party colleagues who were not wearing masks. I brought two masks each day of the Special Session and would change into a clean mask for the second half of the day. I know a couple of my minority party colleagues took Covid-19 tests immediately after the Session to know if they had been exposed to the virus due to the extremely unhealthy environment in the Legislature and the lack of health and safety protocols.

Dated this 6th day of January, 2021

By _____
JOHN MCCROSTIE

SUBSCRIBED AND SWORN to before me this 6th day of January, 2021

By _____
NOTARY PUBLIC FOR IDAHO
Residing at Boise, Idaho
My Comm Exp: 11/07/2024

ANGELICA P. LOEFLER
COMMISSION #48545
NOTARY PUBLIC
STATE OF IDAHO

ANGELICA P. LOEFLER
COMMISSION #48545
NOTARY PUBLIC
STATE OF IDAHO

AFFIDAVIT OF JOHN MCCROSTIE                                                    7