William G. Myers III (ISB #5598)
A. Dean Bennett (ISB #
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
Boise, ID 83702-5974
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Emails:  wmyers@hollandhart.com
         adbennett@hollandhart.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN CHEW, MARIANNE "MUFFY" DAVIS,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE LEGISLATURE OF THE STATE OF IDAHO, SCOTT BEDKE in his capacity as ADMINISTRATOR OF THE HOUSE OF REPRESENTATIVES,<br><br>                              Defendant. | CASE NO. 1:21-cv-00014-DCN<br><br>**DECLARATION OF MEGAN BLANKSMA IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, MEGAN BLANKSMA, declare and state as follows.

1.      I am a member of the Idaho House of Representatives, representing District 23B, which comprises all of Elmore and Owyhee County and a portion of Twin Falls County.  I am in my third term of office.  As part of the Majority Caucus I currently serve as House Majority Caucus Chairman.

2.      I have reviewed the Plaintiffs' filings in this matter in support of their Motion for Temporary Restraining Order, including the Declarations they submitted.  I offer this declaration in opposition to Plaintiffs' Motion.

3.      The Majority Caucus received Plaintiffs' requests for office space changes on December 31, 2020 through Speaker Bedke.  We have been in the process of reviewing possibilities of office changes.

4.      There are a number of options for Plaintiffs to have safe office space with outside ventilation.  Plaintiffs' current office space on the Ground Floor of the Capitol Building was selected by them.  A true and correct copy of a map of the Garden Floor of the Capitol Building is attached hereto as **Exhibit A**.  The blue diagonal marking indicates the minority caucus space. Plaintiff Davis's office space is noted on Exhibit A as EG 62.  Plaintiff Chew's office space is noted on Exhibit A as EG 67.  True and correct photographs of Plaintiffs' current office space are attached hereto as **Exhibit B** and **Exhibit C**.  Both spaces have operable windows and both spaces are grouped with other minority caucus' members.  The Garden Floor space has a high capacity hepa filter.

5.      There are a number of other office spaces that could be made available to Plaintiffs by their own caucus.  Indeed, Speaker Bedke has assigned the Minority Caucus Leadership a significant amount of office space inside the Capitol for the Minority Caucus to use as it chooses.  A true and correct copy of a map of the Fourth Floor is attached hereto as **Exhibit D**.  The blue diagonal marking indicates the Minority Caucus space.

6.      For example, on the Fourth Floor, two offices exist immediately adjacent to a restroom, E439 and E422.  The Minority Caucus Leadership chose not to assign Plaintiffs to those offices, instead assigning those spaces to interns and staff ("Staff Offices").  True and

DECLARATION OF MEGAN BLANKSMA IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 2

accurate pictures of the Staff Offices are attached as **Exhibit E** and **Exhibit F**. The Minority

Leadership could provide Plaintiffs with either of those offices.

       7.      By way of another example, two other offices assigned to the Minority Caucus are

immediately adjacent to the two Staff Offices, E423 and E424 ("Other Fourth Floor Offices").

True and accurate photographs of those offices are attached as **Exhibit G** and **Exhibit H**. The

Minority Leadership could provide Plaintiffs with either of those offices.

       8.      If Plaintiffs were allowed by the Minority Leadership to office in the Staff Offices

or the Other Fourth Floor Offices:

          a.      Plaintiffs would have access to a very close restroom facility, E438. A

true and correct picture of that restroom facility is attached hereto as **Exhibit I**. True and correct

copies of pictures of the inside of that restroom are attached as **Exhibit J** and **Exhibit K**.

          b.      Plaintiffs would have close access to an elevator, 427A. A true and

correct copy of a photograph of the elevator is attached as **Exhibit L**. And a true and correct

copy of the inside of the elevator is attached as **Exhibit M**. That elevator is large enough to

accommodate wheelchair access.

          c.      Plaintiffs could seek the requisite two-thirds votes required by House

Rules to debate from the Fourth-Floor Gallery immediately outside the Staff Offices or the Other

Fourth Floor Offices. A true and correct photograph of the area is attached hereto as **Exhibit N**.

And if Plaintiffs are concerned about debating from the ADA compliant section of the Gallery

that is available to the public, they can choose to sit in a closed section of the Gallery behind a

lockable door. A true and correct photograph of that space is attached hereto as **Exhibit O**.

       9.      By way of another example, the Minority Caucus has been assigned two

additional offices. A true and correct copy of a map of the Third Floor of the Capitol Building is

attached hereto as **Exhibit P**.  Those two offices are labeled E329 and E331.  True and accurate photographs of those offices are attached as **Exhibit Q** and **Exhibit R**.  The Minority Leadership could provide Plaintiffs with either of those offices, which are near the wheelchair accessible entrance to the House Floor, near to a restroom and elevator, and could be cordoned off to the public.

10.     Attached hereto as **Exhibit S** is a true and correct photograph showing Plaintiffs' current assigned seats on the House Floor.  Consistent with House Rule 37, Plaintiff Davis selected her currently assigned seat immediately after the leadership for both caucuses.

11.     I have reviewed the Declaration of Ilana Rubel in support of Plaintiff's Motion. There are a number of inaccurate statements made in that declaration.  Given the expedited nature of the present Motion, it is not possible for me to identify for the Court all of the inaccuracies.  But I will note a few of them.  First, as to the top of page three of Ms. Rubel's declaration she suggests there was a "renovation" that created ten "new" offices with restrooms. But there was no renovation besides the installation of two cubicles.  And those offices certainly do not each have their own bathroom.  There is one office on the First Floor with a bathroom attached.  That bathroom, however, is not ADA compliant and is frequently nonfunctional.

12.     Ms. Rubel also suggests on page three of her Declaration that office selection has traditionally proceeded in the same order as seat selection under House Rule 37.  That is not the case.  In 2016, office selection proceeded by grouping made by negotiation with the Minority Caucus Leadership.  In 2018, office selection was made by seniority.  And this year, like 2016, offices were again made by grouping in negotiation with the Minority Caucus Leadership.  That is how the Minority Caucus came to be officed in the spaces in the Garden Level that are along the window, as indicated by the photos of Plaintiffs' offices in Exhibit B and Exhibit C.

DECLARATION OF MEGAN BLANKSMA IN OPPOSITION TO PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 4

13.     Attached hereto as **Exhibit T** is a true and correct copy of the House Journal of the Idaho Legislature dated December 3, 2020 indicating the adoption of the 2021 House Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 8th day of January, 2021.

_____*/s/ Megan Blanksma*_____
MEGAN BLANKSMA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John L. Gannon                          johngannon200@gmail.com
Attorney at Law
2309 Mountain View Drive, #174
Boise, ID  83706


                                    _/s/ A. Dean Bennett_
                                    A. Dean Bennett for HOLLAND & HART LLP

15995525_v1



**WEST WING**

**GARDEN LEVEL**

**EAST WING**







# 4TH FLOOR

North

























OFFICE
C302
BENCH
C309
House
Office
1,291
OFFICE
C315
OFFICE
C308
JFAC
COMMITTEE ROOM
C310
OFFICE
C316
OFFICE
C307
OFFICE
C317
KITCHEN
C311
OFFICE
C318
Senate
Office
1,291
RECEPTION
C305
TELECOM
C323
OFFICE
C319
NORTHWEST
STAIR
W301
OFFICE
W302
OFFICE
W303
OFFICE
W304
OFFICE
W306A
OFFICE
W306
MAIL /
COPY
W307
Senate
Office
377
MEN
W308
WOMEN
W310
WOMEN
W312
LOUNGE
W311
UNISEX
W316
ELEVATOR
#3
W335A
CLOAK
ROOM
W305
ROTUNDA
STAIR #1
C325
ROTUNDA
STAIR #2
C326
OPEN
OFFICE
E329
OFFICE
E331
OFFICE
E332
OFFICE
E333
NORTHEAST
STAIR
E334
MAIL /
COPY
E328
House
Office
377
MEN
E323
WOMEN
E325
MEN
E326
LOUNGE
E324
HALLWAY
E327
ELEVATOR
E335A
CLOAK
ROOM
E330
Senate
Chambers/Offices
9,460
Senate
Office
375
SENATE
CHAMBER
W338
LOUNGE
W334
OPEN TO BELOW
ELECTRICAL
CLOSET
E321
UNISEX
E320
CUSTODIAN
E319
HOUSE
STAIR
E318
House
Office
372
House
Chambers/Offices
9,409
HOUSE
CHAMBER
E340
LOUNGE
E336
LOUNGE
W321
ELEVATOR
#2
W324
ELEVATOR
#1
E315
OFFICE
E313
OFFICE
W333
C329
OFFICE
W327
OFFICE
W326
OFFICE
W326A
OFFICE
E311
OFFICE
E310
OFFICE
E307
OFFICE
E337
ROTUNDA
STAIR #4
C328
ROTUNDA
STAIR #3
C327
PRIVATE
OFFICE
W332
OFFICE
W331
OFFICE
W330
OFFICE
W329
LOUNGE
C330
OFFICE
E306
OFFICE
E304
OFFICE
E303
OFFICE
E301
0 5 15 30

THIRD FLOOR









Exhibit S, Page 1

[December 3, 2020       **HOUSE JOURNAL**       1

# HOUSE JOURNAL

OF THE

# IDAHO LEGISLATURE

ORGANIZATIONAL SESSION
SIXTY-SIXTH LEGISLATURE

---

### FIRST ORGANIZATIONAL DAY
### THURSDAY, DECEMBER 3, 2020

House of Representatives

At the hour of 9 a.m., on Thursday, December 3, 2020, the members-elect of the House of Representatives convened in the House Chamber of the Capitol Building in the City of Boise, with the Honorable Scott Bedke, Speaker of the House of the Legislature presiding, assisted by Carrie Maulin, Chief Clerk of the      Legislature.

The Chief Clerk read the of    proclamation as follows:

I, LAWRENCE DENNEY, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true and complete list of those elected to serve as members of the House of Representatives of the First Regular Session of the Sixty-sixth Legislature, as shown by of    records on    in my of

| DISTRICT | NAME |
|---|---|
| 1 | ...................................... Heather Scott (R), Sage G. Dixon (R) |
| 2 | ................................ Vito Barbieri (R), Doug Okuniewicz (R) |
| 3 | ................................. Ron Mendive (R), Tony Wisniewski (R) |
| 4 | .............................................Jim Addis (R), Paul Amador (R) |
| 5 | .................. Brandon Mitchell (R), Caroline Nilsson Troy (R) |
| 6 | ............................ Aaron von Ehlinger (R), Mike Kingsley (R) |
| 7 | ...........................Priscilla Giddings (R), Charlie Shepherd (R) |
| 8 | ..................................... Terry Gestrin (R), Dorothy Moon (R) |
| 9 | ..............................................Ryan Kerby (R), Judy Boyle (R) |
| 10 | ................................... Julie Yamamoto (R), Greg Chaney (R) |
| 11 | ...................................... Scott Syme (R), Tammy Nichols (R) |
| 12 | ...................... Bruce D. Skaug (R), Rick D. Youngblood (R) |
| 13 | ............................... Brent J. Crane (R), Ben Adams (R) |
| 14 | ...................... Mike Moyle (R), Gayann DeMordaunt (R) |
| 15 | ...................................... Steve Berch (D), Codi Galloway (R) |
| 16 | ..................................... John McCrostie (D), Colin Nash (D) |
| 17 | ........................................... John Gannon (D), Sue Chew (D) |
| 18 | ...................................Ilana Rubel (D), Brooke Green (D) |
| 19 | ...................... Lauren Necochea (D), Chris Mathias (D) |
| 20 | .............................. Joe A. Palmer (R), James Holtzclaw (R) |
| 21 | ................................... Steven C. Harris (R), Greg Ferch (R) |
| 22 | ......................John Vander Woude (R), Jason A. Monks (R) |
| 23 | ................... Matthew Bundy (R), Megan Blanksma (R) |
| 24 | ......................... Lance Clow (R), Linda Wright Hartgen (R) |
| 25 | ...............................Laurie Lickley (R), Clark Kauffman (R) |
| 26 | ..................................... Muffy Davis (D), Sally J. Toone (D) |
| 27 | ............................................. Scott Bedke (R), Fred Wood (R) |
| 28 | ...............................Randy Armstrong (R), Kevin Andrus (R) |
| 29 | .......... Dustin Whitney Manwaring (R), James D. Ruchti (D) |
| 30 | ............................. Gary L. Marshall (R), Wendy Horman (R) |
| 31 | ........................... David M. Cannon (R), Julianne Young (R) |
| 32 | ...................................Marc Gibbs (R), Chad Christensen (R) |
| 33 | ............................... Barbara Ehardt (R), Marco Erickson (R) |
| 34 | .......................................... Jon O. Weber (R), Ron Nate (R) |
| 35 | ......................................... Karey Hanks (R), Rod Furniss (R) |

IN TESTIMONY WHEREOF, I have hereunto set my hand and af    the Great Seal of the State of Idaho. Done at Boise, the Capital of Idaho, this Thirtieth day of November, in the year of our Lord, two thousand and twenty, and of the Independence of the United States of America, the two hundred and

/s/ LAWRENCE DENNEY
Secretary of State

The    of Election was ordered    in the of    of the Chief Clerk.

Roll call showed 69 members present. Absent and excused - Syme. Total - 1. Total - 70.

At this time, Speaker Bedke administered the oath of of to all members-elect.

Prayer was offered by Chaplain Tom Dougherty.

The Pledge of Allegiance was led by Chaplain Tom Dougherty.

There being no objection, the House advanced to the Seventh Order of Business.

### 7TH ORDER
### Motions, Memorials, and Resolutions

At this time, Mr. Crane took the Chair.

Nominations were declared in order for the Speaker of the House.

Mr. Moyle presented in nomination the name of Mr. Scott Bedke. Seconded by Ms. Rubel.

Mr. Moyle asked unanimous consent that nominations cease and that a unanimous ballot be cast for Mr. Scott Bedke. There being no objection, it was so ordered and Mr. Scott Bedke was elected Speaker of the House.

At this time, Mr. Moyle and Ms. Rubel escorted Mr. Bedke to the podium where the oath of of    was administered to him by Mr. Crane.

At this time, Speaker Bedke took the Chair.

Mr. Moyle moved that the House adopt as Rules and Joint Rules for the First and Second Sessions of the Sixty-sixth Legislature, the Rules and Joint Rules as adopted by the Legislature. Seconded by Ms. Rubel.

Whereupon the Speaker declared by voice vote that a majority of the members having voted in the af      the motion carried and the Rules and Joint Rules were adopted.

There being no objection, the House advanced to the Thirteenth Order of Business.

**HOUSE JOURNAL**

### 13TH  ORDER
**Miscellaneous and                Business**

At this time, the members selected their seats in accordance with House Rule 37.

There being no objection, the House advanced to the Fifteenth Order of Business.

### 15TH  ORDER
**Announcements**

Announcements were made to the body.

### 16TH  ORDER
**Adjournment**

Mr. Moyle moved that the House adjourn until 8:30 a.m., Friday, December 4, 2020. Seconded by Ms. Rubel. Motion carried.

Whereupon the Speaker declared the House adjourned at 10:13 a.m.

SCOTT BEDKE, Speaker

ATTEST:

CARRIE MAULIN, Chief Clerk

# HOUSE JOURNAL

OF THE

# IDAHO LEGISLATURE

ORGANIZATIONAL SESSION
SIXTY-SIXTH LEGISLATURE

———————————

**SECOND ORGANIZATIONAL DAY
FRIDAY, DECEMBER 4, 2020**

House of Representatives

The House convened at 8:30 a.m., the Speaker in the Chair.

Roll call showed 66 members present.
Absent and excused - Gibbs, Kingsley, Syme, and Wisniewski. Total - 4.
Total - 70.

Prayer was offered by Chaplain Tom Dougherty.

The Pledge of Allegiance was led by Chaplain Tom Dougherty.

There being no objection, the House advanced to the Thirteenth Order of Business.

**13TH ORDER**
**Miscellaneous and       Business**

The following committee assignments were announced by the Speaker:

**STANDING COMMITTEES OF THE HOUSE
SIXTY-SIXTH IDAHO LEGISLATURE**

**AGRICULTURAL AFFAIRS** (14)
Kauffman, Chairman
Andrus, Vice Chairman

| | |
|---|---|
| Boyle | Toone |
| Kerby | Ruchti |
| Giddings | Mathias |
| Marshall | |
| Nichols | |
| Hanks | |
| Cannon | |
| Moon | |
| von Ehlinger | |

**APPROPRIATIONS** (10)
Youngblood, Chairman
Troy, Vice Chairman

| | |
|---|---|
| Horman | Green |
| Amador | Nash |
| Syme | |
| Bundy | |
| Giddings | |
| Nate | |

**BUSINESS** (18)
Dixon, Chairman
Furniss, Vice Chairman

| | |
|---|---|
| Crane | Berch |
| Palmer | Green |
| Barbieri | |
| Armstrong | |
| DeMordaunt | |
| Clow | |
| Andrus | |
| Nichols | |
| Adams | |
| Bundy | |
| Ferch | |
| Galloway | |
| Mitchell | |
| Shepherd | |

**COMMERCE AND HUMAN RESOURCES** (14)
Holtzclaw, Chairman
Syme, Vice Chairman

| | |
|---|---|
| Harris | Chew |
| Kingsley | Necochea |
| Christensen | Toone |
| Giddings | |
| Wisniewski | |
| Horman | |
| Hanks | |
| von Ehlinger | |
| Weber | |

**EDUCATION** (15)
Clow, Chairman
Kerby, Vice Chairman

| | |
|---|---|
| Boyle | McCrostie |
| Mendive | Berch |
| DeMordaunt | Toone |
| Moon | |
| Ehardt | |
| Marshall | |
| Wisniewski | |
| Galloway | |
| Shepherd | |
| Yamamoto | |

### ENVIRONMENT, ENERGY AND TECHNOLOGY (16)
Ehardt, Chairman
Wisniewski, Vice Chairman

| | |
|---|---|
| Vander Woude | Chew |
| Horman | Necochea |
| Scott | Nash |
| Amador | |
| Armstrong | |
| Furniss | |
| Hartgen | |
| Lickley | |
| Young | |
| Adams | |
| Yamamoto | |

### HEALTH AND WELFARE (13)
Wood, Chairman
Vander Woude, Vice Chairman

| | |
|---|---|
| Gibbs | Chew |
| Blanksma | Rubel |
| Kingsley | Davis |
| Christensen | |
| Lickley | |
| Erickson | |
| Ferch | |
| Mitchell | |

### JUDICIARY, RULES AND ADMINISTRATION (17)
Chaney, Chairman
Hartgen, Vice Chairman

| | |
|---|---|
| Kerby | Gannon |
| Amador | McCrostie |
| Ehardt | Ruchti |
| Scott | Nash |
| Marshall | |
| Troy | |
| Young | |
| Nate | |
| Cannon | |
| Erickson | |
| Skaug | |

### LOCAL GOVERNMENT (14)
Mendive, Chairman
Kingsley, Vice Chairman

| | |
|---|---|
| Barbieri | Berch |
| Clow | Green |
| Christensen | Davis |
| Bundy | |
| Erickson | |
| Galloway | |
| Nate | |
| Skaug | |
| Weber | |

### RESOURCES AND CONSERVATION (18)
Gibbs, Chairman
Lickley, Vice Chairman

| | |
|---|---|
| Moyle | Rubel |
| Wood | Davis |
| Boyle | Mathias |
| Vander Woude | |
| Gestrin | |
| Mendive | |
| Kauffman | |
| Blanksma | |
| Addis | |
| Moon | |
| Manwaring | |
| Okuniewicz | |
| Yamamoto | |

### REVENUE AND TAXATION (17)
Harris, Chairman
Addis, Vice Chairman

| | |
|---|---|
| Moyle | Necochea |
| Chaney | Ruchti |
| Gestrin | |
| Dixon | |
| Nichols | |
| Kauffman | |
| Adams | |
| Cannon | |
| Hartgen | |
| Manwaring | |
| Okuniewicz | |
| von Ehlinger | |
| Weber | |

### STATE AFFAIRS (14)
Crane, Chairman
Armstrong, Vice Chairman

| | |
|---|---|
| Palmer | Gannon |
| Barbieri | Mathias |
| Holtzclaw | |
| Monks | |
| Scott | |
| Andrus | |
| Young | |
| Furniss | |
| Hanks | |
| Skaug | |

### TRANSPORTATION AND DEFENSE (18)
Palmer, Chairman
DeMordaunt, Vice Chairman

| | |
|---|---|
| Gestrin | Gannon |
| Youngblood | Rubel |
| Dixon | McCrostie |
| Harris | |
| Holtzclaw | |
| Monks | |
| Syme | |
| Blanksma | |
| Addis | |
| Manwaring | |
| Mitchell | |
| Okuniewicz | |
| Shepherd | |

### WAYS AND MEANS (7)
Amador, Chairman

| | |
|---|---|
| Moyle | Rubel |
| Monks | Necochea |
| Blanksma | Toone |

There being no objection, the House advanced to the Sixteenth Order of Business.

### 16TH ORDER
**Adjournment**

Mr. Moyle moved that the Organizational Session of the Sixty-sixth Legislature adjourn Sine Die. Seconded by Ms. Rubel.

Whereupon the Speaker declared the motion carried and the Organizational Session of the Sixty-sixth Legislature adjourned Sine Die at 1:15 p.m.

SCOTT BEDKE, Speaker

ATTEST:
CARRIE MAULIN, Chief Clerk

**Exhibit T, Page 5**