JOHN L GANNON # 1975
Attorney at Law
2309 Mountain View Drive #174
Boise, Idaho 83706
208-433-0629
Attorney for Plaintiffs
johngannon200@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN CHEW, MARIANNA "MUFFY" DAVIS )<br>)<br>)<br>Plaintiffs )<br>v )<br>)<br>THE LEGISLATURE OF THE STATE OF )<br>IDAHO; SCOTT BEDKE in his capacity as )<br>ADMINISTRATOR OF THE ),<br>HOUSE OF REPRESENTATIVES )<br>)<br>Defendants )<br>_____ ) | CASE NO. 1:21-cv-00014<br><br>MOTION TO SHORTEN TIME<br>FOR HEARING |

COMES NOW the Plaintiffs by and through their attorney who pursuant to Federal Rules of Civil Procedure 6(c)(1)(c) and Local Rule 6.1 as well as any other applicable rules hereby request that if the Court desires a hearing in this matter that the time for such hearing be reduced and shortened to 5 working days or less or the appropriate time as the Court determines.

This Motion is based upon the record and file as well as the record and file in the similar case of Salene et al v The Legislature of the State of Idaho 1:21-cv-00021 DCN and because the Idaho Legislature is in session and proceeding.

Dated this 25th day of January, 2021

By_____/s/John Gannon_____
JOHN GANNON

MOTION TO SHORTEN TIME                                                                 1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25 2021, I served a copy of the foregoing MOTION TO SHORTEN TIME on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

    William G. Myers III-

    wmyers@hollandhart.com A. Dean Bennett-

    adbennett@hollandhart.com *Attorney for*

    *Defendants*

                                  /s/ John Gannon
                                      JOHN GANNON