JOHN L GANNON # 1975
Attorney at Law
2309 Mountain View Drive #174
Boise, Idaho 83706
208-433-0629
Attorney for Plaintiffs
johngannon200@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN CHEW, MARIANNA "MUFFY" DAVIS ) ) ) Plaintiffs ) v ) ) LEGISLATURE OF THE STATE OF ) IDAHO; SCOTT BEDKE in his capacity as ) ADMINISTRATOR OF THE ), HOUSE OF REPRESENTATIVES ) ) Defendants ) _____ ) | CASE NO. 1:21-cv-00014 NOTICE OF DISMISSAL WITHOUT PREJUDICE |

COMES NOW the Plaintiffs by and through their attorney of record who hereby dismiss this matter without prejudice pursuant to the Federal Rules of Civil Procedure 41.

Dated this 25th day of February, 2021

By \_\_\_\_\_/s/ John Gannon_____
JOHN GANNON

NOTICE OF DISMISSAL WITHOUT PREJUDICE                                                                                                   1

CERTIFICATE OF SERVICE

I hereby certify that on February 25th 2021, I served a copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

>William G. Myers III-
>
>wmyers@hollandhart.com A. Dean Bennett-
>
>adbennett@hollandhart.com *Attorney for*
>
>*Defendants*

    /s/ John Gannon
    JOHN GANNON